# Civil Court of the City of New York
## County of Kings

Index Number: **CV-008313-25/KI**

Anthony Clarke
        Plaintiff(s)
-against-
Equifax Information Services, LLC
        Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Plaintiff's residence

Plaintiff's Residence Address (s) :
Anthony Clarke
27 Irving Place
3A
Brooklyn, NY 11238

To the named defendant (s)

Equifax Information Services, LLC (Defendant), at c/o Corporation Service Company, 80 State Street, Albany, NY 12207

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Kings at the office of the Clerk of the said Court at **141 Livingston Street** in the **County of Kings, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk;  upon your failure to answer, judgment will be taken against you for the total sum of $2,500.00 and interest  as detailed below.
Plaintiff's   work sheet may be attached for additional information . if deemed necessary by the clerk.

Date:April 7, 2025

Tanya Faye, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:    **Other for $2,500.00 with interest from 01/28/2024**

$2500.00 - Equiax failed to correct inaccurate credit reporting despite disputes, violating  NY GBS § 380-f, § 380-j(a)(3), and § 15 U.S.C. 1681i(a). Hurting my credit

**\*NOTE TO THE DEFENDANT**
    A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or
    B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.
    C) Following CPLR 321(a) corporations must be represented by an attorney.
**\* NOTE TO THE SERVER OF THE SUMMONS**
The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR. Section 130-1.1a)*

SIGN NAME:
PRINT NAME:        Anthony Clarke

For Information, answer forms and to track court dates, go to *WWW.NYCOURTS.GOV/NYCCIVIL*

# Civil Court of the City of New York
## County of Kings

Index Number: **CV-008313-25/KI**

Anthony Clarke

Plaintiff(s)

-against-

Equifax Information Services, LLC

Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Residence Address (s) :
Anthony Clarke
27 Irving Place
3A
Brooklyn, NY 11238

To the named defendant (s)

Equifax Information Services, LLC (Defendant), at c/o Corporation Service Company, 80 State Street, Albany, NY 12207

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Kings at the office of the Clerk of the said Court at 141 Livingston Street in the County of **Kings, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk;   upon your failure to answer, judgment will be taken against you for the total sum of $2,500.00 and interest   as detailed below.
Plaintiff's   work sheet may be attached for additional information   if deemed necessary by the clerk.

Date: April 7, 2025

Tanya Faye, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:    **Other for $2,500.00 with interest from 01/28/2024**

$2500.00 - Equiax failed to correct inaccurate credit reporting despite disputes, violating  NY GBS § 380-f, § 380-j(a)(3), and § 15 U.S.C. 1681i(a). Hurting my credit

***NOTE TO THE DEFENDANT***

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

*** NOTE TO THE SERVER OF THE SUMMONS***

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:
PRINT NAME:                    Anthony Clarke

For Information, answer forms and to track court dates, go to *WWW.NYCOURTS.GOV/NYCCIVIL*