*Exhibit B*

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF KINGS**

------------------------------------------------- X:

ANTHONY CLARKE,                              :

           Plaintiff,          :      Index No. CV-008313-25/KI

    -against-                               :      **NOTICE OF FILING OF REMOVAL**
                                  :      **TO FEDERAL COURT**

EQUIFAX INFORMATION SERVICES          :
LLC,                                                        :

           Defendant.          X

------------------------------------------------------

TO:

| | |
|---|---|
| Clerk of the Civil Court | Anthony Clarke, plaintiff pro se |
| Kings County | 27 Irving Place, 3A |
| 141 Livingston Street | Brooklyn, NY 11238 |
| Brooklyn, NY 11201 | |

      PLEASE TAKE NOTICE that on May 15, 2025, Defendant Equifax Information

Services LLC filed a Notice of Removal with the Clerk of the United States District Court for the

Eastern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  A true and

correct copy of that Notice of Removal is attached hereto as Exhibit A.

      PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of the

Notice of Removal in the United States District Court effectuates the removal of this action.

Accordingly, no further proceedings should take place in this Court unless and until the case has

been remanded.

317836138v.1

DATED: May 15, 2025                     Respectfully submitted,


                                        **SEYFARTH SHAW LLP**


                                        By:
                                            Heather H. Sharp, NY Bar No. 4590659
                                            hsharp@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            1075 Peachtree Street, N.E.
                                            Suite 2500
                                            Atlanta, Georgia  30309-3958
                                            Telephone: (404) 885-1500
                                            Facsimile:  (404) 892-7056

                                            *Counsel for Defendant Equifax Information
                                            Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2025, I caused the foregoing NOTICE OF FILING OF

REMOVAL TO FEDERAL COURT to be presented to the Clerk of the Court for filing.  A copy

has also been sent via U.S. Mail to the following:

> Anthony Clarke, plaintiff pro se
> 27 Irving Place, 3A
> Brooklyn, NY 11238

Heather H. Sharp

*Counsel for Defendant Equifax Information Services LLC*